

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIO ERNESTO MARTELL, | § | No. 08-18-00180-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | Criminal District Court No. One |
| THE STATE OF TEXAS, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 990D03958) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's judgment adjudicating guilt. We therefore reverse the trial court's judgment adjudicating guilt and remand the cause to the trial court with instructions to dismiss the motion to adjudicate. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF NOVEMBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.